State of Florida ex rel. W. H. Ellis, Attorney General,
    Relator, v. Atlantic Coast Line Railroad Company,
    Respondent.   Mandamus.

(Supreme Court of Florida, En Banc, October 6,
1908.)

This proceeding was instituted in the Supreme Court
by the Attorney General of the State of Florida and
dismissed on his motion, October 6th, 1908.

W. H. Ellis, Attorney General, for the relator;

W. E. Kay, and Sparkman & Carter, for respondent.